DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROL ZEMLA**,
Appellant,

v.

**JAN LAMONTAGNE** d/b/a
**SERENDIPITY PERFORMANCE HORSES,**
Appellee.

No. 4D22-3116

[June 15, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case No. 43-2022-SC-000359-AXMX.

Lisa M. Boswell of Lisa M. Boswell, P.A., Wellington, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***